AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of California

|  |  |
|---|---|
| United States of America | |
| v. | |
| PATRICK MICHAEL OREILLY aka "Patrick Reilly", | |
| Defendant | |

**FILED**
CLERK, U.S. DISTRICT COURT

April 16, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

**LODGED**
CLERK, U.S. DISTRICT COURT

4/16/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

Case No.    2:21-mj-01889-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 7, 2021 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1512(b)(3) | Witness Tampering |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
Vincent Bundalian, Special Agent
*Complainant's signature*

_____
Vincent Bundalian, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    April 16, 2021

_____
*Judge's signature*

City and state:   Los Angeles, California

Hon. Jacqueline Chooljian, U.S. Magistrate Judge
*Printed name and title*

AUSA: Ian V. Yanniello (x3667)

**AFFIDAVIT**

I, Vincent Bundalian, being duly sworn, declare and state as follows:

## I.  PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint and arrest warrant against PATRICK MICHAEL OREILLY aka Patrick Michael Reilly ("OREILLY") for a violation of Title 18, United States Code, Section 1512(b)(3) (Witness Tampering – Hinder, Delay or Prevent Communication Relating to Commission of an Offense) on or about April 7, 2021.

2.   The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of the investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF SENIOR SPECIAL AGENT VINCENT BUNDALIAN

3.   I am a Senior Special Agent ("SSA") with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Office of Professional Responsibility ("OPR") and I am currently assigned to the OPR Los Angeles field office.  I have worked as a Special Agent ("SA") with ICE since 2009 and have been assigned to OPR Los Angles since

2019.  Before my assignment with OPR, I was an SA with ICE
Homeland Security Investigations ("HSI"). I am a Federal Law
Enforcement Officer within the meaning of Rule 41(a)(2)(C) of
the Federal Rules of Criminal Procedure.

4.   During my employment with ICE, I have worked on
numerous criminal investigations involving Fraud and Related
Activity in Connection with Computers (Title 18, United States
Code, Section 1030), violations of the Bank Secrecy Act (Title
31, United States Code, Sections 5317, 5324, and 5530), the
Money Laundering Control Act (Title 18, United States Code,
Sections 1956, 1957, and 1960), and related offenses.

5.   I graduated from the Federal Law Enforcement Training
Center in Glynco, Georgia, where I attended the Criminal
Investigator Training Program and the ICE Special Agent Training
program.  I received a bachelor's of science degree in Pure
Mathematics from University of California, Irvine in 2006.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

6.   Beginning in or around September 2019, federal law
enforcement began investigating a fraudulent investment scheme
based on information that OREILLY had solicited millions of
dollars from investors and used the investment proceeds to pay
for personal expenses.  In an apparent attempt to bolster his
credibility with several victims, OREILLY represented, among
other things, that he was affiliated with or worked for federal
law enforcement agencies, including the Department of Homeland
Security ("DHS") and Federal Protective Service ("FPS"), a law
enforcement agency within DHS. OREILLY also falsely told

investors, and others, that he had ties to elite Military units, including the United States Navy Sea, Air, and Land (SEAL) Teams.  OREILLY has never been employed by a law enforcement agency or served on a SEAL Team (or any other Military unit).[1]

7.   In or around the Fall of 2018, Victim-Witness P.S. invested approximately $1.5 million in two companies controlled by OREILLY.  According to P.S., OREILLY misled him about the nature of the investments, prompting P.S. to request that his money be returned.  P.S. made numerous requests for an accounting of his investment money, including information about how OREILLY used the $1.5 million P.S. invested, but OREILLY never provided the information to P.S.

8.   On September 9, 2020, federal agents executed search and seizure warrants, including warrants authorizing the search of OREILLY's residence.  At the time, law enforcement seized a fraudulent badge depicting the official DHS insignia surrounded by "U.S. Department of Homeland Security," nineteen firearms (including assault-style weapons and large capacity magazines), and various law-enforcement style vehicles with push bumpers, light bars, swivel spotlights, and onboard computers.  Displayed inside the vehicles was a binder containing the "Security Guard Information Manual" for Federal Protective Service that expressly stated it was "For Official Use Only".  As detailed below, OREILLY has repeatedly displayed these manuals to support his false claims that he is a federal law enforcement official.

---

[1] Based on OPR's investigation, OREILLY enlisted in the Navy and was discharged shortly thereafter and before he completed basic training.

9.   Following the search, the Federal Public Defender's Office was appointed to represent OREILLY after AUSA Ian Yanniello confirmed OREILLY was a target in an ongoing investigation.  AUSA Yanniello had also confirmed the status of the investigation to a private attorney who had contacted AUSA Yanniello on OREILLY's behalf in September 2020.  Thus, OREILLY is fully aware about the federal investigation in this case. Since then, OREILLY made several attempts to contact P.S. and other witnesses.

10. On February 12, 2021, P.S. spoke to OREILLY on the phone with agents present.  OREILLY told P.S. that federal agents had searched his house and seized items, including OREILLY's digital devices and bank accounts.  After P.S. denied filing a complaint, OREILLY told P.S. "I assumed you were the genesis of the complaint" because federal agents questioned OREILLY about P.S.'s investments.  OREILLY also told P.S. "once you get Homeland Security off my back … everyone is getting paid."

11. On March 16, 2021 -- after OREILLY made additional attempts to contact P.S. -- P.S. wrote a text message to OREILLY stating "Please don't contact me anymore."  OREILLY disregarded P.S.'s instruction and continued to contact P.S. and persons associated with P.S. via text messages.  Then, at approximately 2:10 a.m. on April 7, 2021, OREILLY drove a police-style Ford Explorer to P.S.'s residence and parked the vehicle behind P.S.'s Jeep, which was parked in front of the residence.  Video from the victim's security system shows OREILLY outside P.S.'s

residence for over 7 minutes during which time he illuminated the street by shining his Explorer's police-style swivel lights on P.S.'s Jeep.  While near the victim's residence, OREILLY walked slowly around the Jeep appearing to take video or photographs using his cell phone.  OREILLY then vandalized the vehicle by removing (and stealing) a signal enhancing antenna. After the incident, P.S. told law enforcement that he fears for his safety and felt that OREILLY's brazen conduct was meant to "send a message" and dissuade P.S. from cooperating with law enforcement.

12. On April 8, 2021, Beverly Hills Police Department ("BHPD") officers arrested (but later released) OREILLY for grand theft and vandalism of P.S.'s vehicle.  OREILLY admitted to officers "I know the Jeep, I know it's [P.S.]'s so I know he's home if its outside."  OREILLY also identified P.S. as a "scumbag" and "an enemy."  After being released from custody, OREILLY contacted P.S.'s father's business and threatened a lawsuit if he did not hear back by noon on April 9, 2021.  Based on an email memorializing the conversation, OREILLY stated he wanted to resolve the dispute personally because he did not want to "embarrass the family".  Based on these facts, and those described below, there is probable cause showing that OREILLY's escalating harassment and intimidation of P.S. was intended to hinder, delay or prevent P.S. from communicating with law enforcement about OREILLY's criminal activity.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

13.  Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.    OREILLY Created Companies to Impersonate Federal Law Enforcement**

14.  Over the course of the investigation, various witnesses told law enforcement that OREILLY represented that he was employed by or otherwise affiliated with federal law enforcement, including the Department of Homeland Security and Federal Protective Service.  Based on the investigation, I know that OREILLY has never been employed by any law enforcement agency.

15.  Over the course of OREILLY's scheme to impersonate federal agents, OREILLY created and operated at least two websites: "federalprotectiveservice.com" and "federalprotectiveservice.foundation."

16.  I have accessed the website "federalprotectiveservice.com" and learned that by doing so the website automatically redirects users to the official website of the Department of Homeland Security's Federal Protective Service: "dhs.gov/topic/federal-protective-service." Based on records provided by the Google Inc. -- which was identified as the domain registrar for the website -- I learned that OREILLY was the subscriber of the domain "federalprotectiveservice.com".

17. OREILLY's LinkedIn profile also represents that he is the "Deputy Regional Director" of "Federal Protective Service

Executive Protection," which, according to the profile, "employs security specialists at Federal facilities throughout the United States" by "provid[ing] contracted professional uniform security services to agencies of the Federal Government."  Notably, when agents interviewed OREILLY in September 2020 while executing federal search warrants, OREILLY admitted his business never had a federal contract to supply security personnel at any building.

18. During the investigation, law enforcement also accessed the website "federalprotectiveservice.foundation." The homepage of that website depicted an insignia with an eagle and stars surrounded by the words "Federal Protective Service Foundation." The homepage also stated, "We're making a difference. And we couldn't make it without you."  In addition to the homepage, the website contained a "Blog" section and a section entitled "Donate."  The "Blog" section described Federal Protective Service as "the uniformed security police division of the National Protection and Programs Directorate of the United States Department of Homeland Security." After clicking the "Donate" hyperlink, a user is shown a "Donate form" soliciting the user's first name, last name, email address, phone number, and includes a field for the user to input a "message." Based on records provided by the domain registrar GoDaddy, OREILLY was identified as the subscriber of the website.[2]

---

[2] Pursuant to search warrants, agents have searched various digital devices seized from OREILLY on September 9, 2020.  On OREILLY's cell phone, agents located a text exchange in which OREILLY solicits a $50,000 donation for "Federal Protective Service Foundation," promising the individual that in exchange

19.   During the investigation, various witnesses told law enforcement that OREILLY claimed he was associated with federal law enforcement, including P.S., D.F., R.G., and others.  D.F., for example, told law enforcement that he saw OREILLY driving a vehicle equipped with police lights and siren in Beverly Hills, California while wearing tactical attire on or about February 18, 2020.  D.F. saw OREILLY use the vehicle's siren to obtain a parking space on Brighton Way in Beverly Hills, California. D.F. took photographs of the vehicle, which he provided to law enforcement.

20.   Based on my review of the photographs provided by D.F., OREILLY's vehicle was a black Ford Explorer bearing California license plate number 95189Z1 equipped with a front law enforcement style push bumper, emergency lights, and a siren.  On the dashboard of the vehicle was a white binder with a front insert marked with the official insignia of the Department of Homeland Security.  The insert was titled "Federal Protective Service Security Guard Information Manual" and stated that it was "For Official Use Only" located above "Department of Homeland Security" and "U.S. Immigration and Customs Enforcement."  I later discovered through California Department of Motor Vehicles ("DMV") records that the vehicle was a 2015 Ford Explorer "Police Interceptor" registered to OREILLY's business, Federal Protective Service Executive Protection.

---

for the donation, he would get access to exclusive law enforcement training and would get status as a "Special Police Officer in Washington D.C."

21.  According to P.S.,[3] before P.S. invested in two companies controlled by OREILLY, OREILLY told P.S. that he volunteered his time to the Department of Homeland Security working to protect the country by fighting cybercrime and terrorism.  P.S. stated that OREILLY showed him a "Federal Protective Service" badge and credentials bearing OREILLY's photograph.

22.  Another person who invested in a company controlled by OREILLY (R.G.) informed OPR agents that he and OREILLY once drove from Toronto to New York in or around June 2018.  At the border, they were asked for their passports by a border official and R.G. saw OREILLY's passport holder which contained a badge. R.G. described the badge as shiny and possibly had the word "federal" on it.  When they entered the United States, R.G. made a comment to OREILLY saying how easy it was to enter. OREILLY told R.G. that the border official saw OREILLY's badge and he was instructed they were "good to go." OPR later confirmed through DHS border crossing records that OREILLY and R.G. entered the United States through the Buffalo/Niagara Falls port of entry on June 18, 2018.

23.  On or about April 14, 2019, OREILLY falsely identified himself as "Homeland Security" to security personnel and Indio Police Department ("IPD") officers at the Coachella music

---

[3] As noted above, P.S. invested approximately $1.5 million in two of OREILLY's companies.  According to P.S., OREILLY misled him about the investments and failed to provide information about how the money was spent. Based on my review of bank records, OREILLY spent a majority of P.S.'s investment money on personal expenses, including housing, travel, car payments, and luxury goods including watches.

festival in Indio, California. Based on witness statements, OREILLY attempted to escort two individuals into Coachella who did not have tickets to the event by showing security personnel a law enforcement badge and identifying himself as "Homeland Security."  One security officer described OREILLY during their encounter as being agitated and had the demeanor of "how dare we question him" and "he can do what he wants" because he was a Homeland Security official. The security officer said OREILLY's badge looked like a "police badge."

24.  Coachella security personnel contacted the IPD regarding the incident and IPD Lieutenant Jason Hapner and Assistant Chief Christopher Shaefer responded to the scene. According to Lt. Hapner, OREILLY identified himself to the IPD officers as "Homeland Security" and OREILLY had identification and a badge bearing the seal of the Department of Homeland Security. Assistant Chief Shaefer recalled that OREILLY identified himself as a "contractor" for "Federal Protective Services."

25.  As discussed below, even after federal agents searched OREILLY's residence and seized various police-style vehicles pursuant to federal warrants, OREILLY has continued to impersonate federal officials.  For example, on or about March 6, 2021, police body camera video shows OREILLY identify himself to a Beverly Hills Police Department officer as "a protective security officer for the federal government" and a "police officer," among other false statements.  OREILLY is also depicted in the video showing the officer a copy of the Federal

Protective Service "Official Use" Security Officers Manual to purportedly legitimize his false claims.  The following month, on April 8, 2021, body camera video shows OREILLY identify himself to Beverly Hills Police Department officers as "a federal cop" and "a fucking federal protective service, Protective Security Officer Mother Fucker."

**B.   Execution of Various Federal Search and Seizure Warrants**

26.  On September 9, 2020, federal agents executed federal search and seizure warrants, including warrants authorizing the search of OREILLY's residence.  Law enforcement seized, among other things, nineteen guns (discussed in the next section), a fraudulent law enforcement badge depicting the official DHS insignia and engraving stating, "U.S. Department of Homeland Security," a leather badge holder, numerous firearm holsters including a shoulder and waist holster, a portable radio holster, eight handheld two way radios, batons, body armor/ballistic vest carriers, and a "POLICE U.S. AGENT" patch for the vest carriers.

//

//

//

27.  OREILLY also possessed a purported PIV Card[4] that claimed he was a "Federal Protective Services Protective Security Officer."  The following are photographs depicting the fraudulent badge and PIV Card:

 

28.  Law enforcement also seized various police-style vehicles, including two Dodge Charger "Police" vehicles and a Ford Explorer "Police Interceptor."  The vehicles had a push bumper and police-style emergency lights and swivel spotlights, two-way radios, dashboard cameras, global positioning system ("GPS") devices, and computers attached to the front console similar to those used by law enforcement, among other features meant to replicate real law enforcement vehicles.  Additionally, inside the vehicles' windshields and clearly visible from outside, were copies of the white binder previously discussed that contained a front insert marked with the official insignia

---

[4] A Personal Identity Verification (PIV) credential is a U.S. Federal governmentwide credential used to access Federally controlled facilities and information systems.

of the Department of Homeland Security and titled "Federal Protective Service Security Guard Information Manual" "For Official Use Only" by the Department of Homeland Security and U.S. Immigration and Customs Enforcement.



**C.   OREILLY's Illegally Possessed 19 Firearms, Including Semi-Automatic Weapons and Large Capacity Magazines**

29.  As noted above, OREILLY possessed 19 firearms on September 9, 2020, which were seized pursuant to federal warrants.  On or about March 23, 2021, Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent ("SA") R. Catanzano reviewed 19 firearms recovered during the investigation of OREILLY.  The firearms are further described as:

- a Smith & Wesson, Model M&P 15-22, .22 caliber rifle;

- a Glock, Model 19, 9mm caliber pistol;

- a Sig Sauer, Model P320, 9mm caliber pistol;

- a Glock, Model 30, .45 caliber pistol;

- a Glock, Model 23, .40 caliber pistol;

- a Glock, Model 22, .40 caliber pistol;

- a Glock, Model 21, .45 caliber pistol;

- a Glock, Model 43, 9mm caliber pistol;

- a Glock, Model 26, 9mm caliber pistol;

- a Glock, Model 17, 9mm caliber pistol;

- a Smith & Wesson, Model M&P 15, 5.56 caliber rifle;

- a Smith & Wesson, Model M&P 10, .308 caliber rifle;

- a Smith & Wesson, Model M&P 9 Shield, 9mm caliber pistol;

- a Glock, Model 42, .380 caliber pistol;

- a Glock, Model 30, .45 caliber pistol;

- a Remington, Model 700, .308 caliber rifle;

- a Kel-Tec CNC Industries, Model Sub-2000, 9mm caliber rifle;

- a Colt, Model M-4 Carbine, 5.56 caliber rifle; and

- a Remington, Model 870, 12 gauge shotgun.

30. ATF SA Catanzano also reviewed numerous firearm magazines recovered during the search warrants executed on September 9, 2020. SA Catanzano determined that approximately seven of the magazines appear to be capable of holding an ammunition capacity of over 15 rounds, including the following:

- MAGPUL PMAG 20 round rifle magazine;

- MAGPUL PMAG 30 round rifle magazine;

- MAPGUL PMAG 21 round pistol magazine;

- MAGPUL PMAG 17 round pistol magazine; and

- Three (3) Glock 17 round pistol magazines.

31. Law enforcement also learned that OREILLY -- now and at the time he possessed the weapons -- is prohibited from possessing or purchasing any firearm under 18 U.S.C. 922(g)(4) (Persons Adjudicated as a Mental Defective or Committed to a Mental Institution). Among other things, when agents executed search warrants on September 9, 2020, law enforcement seized from OREILLY's residence various records establishing that OREILLY knew he was a prohibited person, including a letter from the California Department of Justice ("DOJ") stating "Dear Patrick Michael Reilly" "Your recent firearm purchase application [completed on February 26, 2016] is being denied because our review of state and/or federal records matching your identifying information revealed the following information: Mental defective/commitment – Federal Brady Act."  OREILLY also possessed other records making clear he was aware of his prohibited status, including (1) an August 10, 2017 letter sent by the Federal Bureau of Investigation ("FBI") to OREILLY stating "You have been matched with a prohibiting record" and your attempted firearm purchase is prohibited "under Title 18, United States Code (U.S.C.), Section 922(g)(4): 'A person who has been adjudicated as a mental defective or who has been committed to a mental institution,'" and (2) a letter dated September 4, 2018 from the Illinois State Police denying OREILLY's Firearm Owner's Identification card application.

32.  After OREILLY received notification from the
California DOJ and FBI regarding his prohibited status,
OREILLY's credit cards were used to purchase 16 firearms through
four separate purchases in 2017 and 2018. To do so, records show
that OREILLY used his father as a straw buyer for the weapons
and purchased them through an Arkansas firearms dealer.  The
purchase invoices and required ATF forms to acquire firearms
list OREILLY's father as the buyer. The purchases, however, were
made using OREILLY's credit card and several of the credit card
receipts have distinct signatures on the signature line, which,
based on my training and experience and knowledge of other
documents OREILLY signed, depict OREILLY's signature.

**D.**   **OREILLY Is Aware of the Federal Investigation**

33.  Based on information provided by AUSA Yanniello, a
privately retained attorney representing OREILLY contacted AUSA
Yanniello on or about September 15, 2020 -- less than a week
after agents served search warrants at OREILLY's residence.
AUSA Yanniello confirmed to private counsel that OREILLY was a
target of an ongoing federal investigation.  AUSA Yanniello was
subsequently contacted by the Federal Public Defender's Office
("FPD") and told that the FPD had been contacted to represent
OREILLY.  At the time, AUSA Yanniello again confirmed the status
of the investigation, noting that the government did not oppose
the FPD seeking an order of appointment from the Court.

### E.    OREILLY's Dangerous Escalation of Threats and Harassment

34. After the appointment of counsel in September 2020, OREILLY continued to contact witnesses, including P.S.  On February 12, 2021, P.S. spoke to OREILLY on the phone.[5]  At the time, OREILLY told P.S. that federal agents had searched his house and seized items, including OREILLY's digital devices and bank accounts.  After P.S. denied filing a complaint, OREILLY told P.S. "I assumed you were the genesis of the complaint" because federal agents questioned OREILLY about P.S.'s investments.

35. Additionally, during the conversation, OREILLY again claimed he was a contractor for the federal government and indicated people associated with the federal government would be helping to defend OREILLY.  Specifically, OREILLY stated, "I've got my biggest heavy hitters helping me" with the investigation. OREILLY indicated his "private investigator" was with him at the time, who OREILLY identified as former FBI and the person who ran the Behavior Analysis Unit "in Wilshire District."  OREILLY told P.S. that his private investigator was going to interview all relevant witnesses, including P.S.'s father.[6]  OREILLY also stated he had a State Department employee helping him.

36. During the conversation, OREILLY stated "I was told I can't even talk to you that was obstruction of justice."

---

[5] P.S. consented to agents being present during the phone call.

[6] P.S.'s father is a well-known businessman and investment fund manager. According to P.S., his father had no role in P.S.'s investments related to OREILLY's companies.

OREILLY also told P.S. "once you get Homeland Security off my back … everyone is getting paid."

37.   On March 16, 2021, P.S. wrote a text to OREILLY stating "Please don't contact me anymore."  OREILLY disregarded P.S.'s instruction and continued to contact P.S. and persons associated with P.S. via text messages.

### F.   OREILLY Vandalized P.S.'s Vehicle and Made Incriminating Statements to BHPD

38. According to BHPD Report# 2021-00013289, at approximately 2:10 a.m. on April 7, 2021, an individual, later identified as OREILLY, vandalized Victim-Witness P.S.'s vehicle outside P.S.'s residence in Beverly Hills, California. Specifically, video from P.S.'s security system shows a white Ford Explorer with a push bumper and police-style light bar and swivel spotlights, pulling up behind the victim's vehicle and pointing the spotlights on the victim's vehicle as if conducting a traffic stop.  OREILLY steps out of the Ford Explorer with a smart phone in his right hand and walks around the vehicle.  At the time, OREILLY appears to take pictures and video of P.S.'s vehicle.  OREILLY then removes a cellular boosting antenna from the victim's vehicle by unscrewing the top of the antenna and cutting the wire that attached it to its base. OREILLY departs the location at approximately 2:17 a.m.

39. Victim-Witness P.S. reported the vandalism and theft to BHPD.  At the time, P.S. and other witnesses identified the person depicted in the surveillance video as OREILLY.  P.S. also told BHPD officers, including Officer Frederich, that he last

had contact with OREILLY when OREILLY asked P.S. if P.S. had spoken to federal law enforcement investigators regarding OREILLY.

40. The following day, on April 8, 2021, Officer Frederich and his partner were in full police uniform while assisting other officers on an unrelated call in Beverly Hills.  Due to the nature of the call, traffic control officers were blocking all northbound traffic from South Santa Monica Boulevard and North Crescent Drive.  At the time, a black Dodge Challenger drove by BHPD traffic control officers, disobeying their orders to detour to a different direction, and parked directly behind Officer Frederich's patrol vehicle.

41. The driver and sole occupant of the Challenger, later identified as OREILLY, stated that he was a "Federal Agent" and told officers to stay away from his vehicle.  After refusing to exit the vehicle multiple times, officers removed OREILLY from the vehicle and identified him as PATRICK MICHAEL OREILLY.  Officers Frederich and Travnitz then recognized OREILLY as the suspect in the grand theft and felony vandalism case involving Victim-Witness P.S.

42. After being read his Miranda rights, OREILLY agreed to speak with officers.  According to the police report, OREILLY told officers that he was a part-owner of a security company called "Federal Protective Services" that performs contract work throughout Los Angeles.  OREILLY told officers that he was involved in a civil lawsuit with P.S., but originally denied several times that he had recently been near P.S.'s residence.

After officers showed OREILLY an image captured by P.S.'s security system, OREILLY admitted that the person depicted in the image was, in fact, OREILLY.  According to OREILLY, on April 7, 2021, he was driving down P.S.'s street when he purportedly noticed a Black male in a gold hoodie and Adidas track pants sleeping in a vehicle parked in front of the victim's vehicle.[7] OREILLY told police that that individual -- not OREILLY -- had removed the antenna from the victim's vehicle.  Officers arrested OREILLY but he was subsequently released after booking.

43. Notably, at the time of his arrest, OREILLY possessed clothing consistent with clothing worn when he vandalized P.S.'s vehicle, and a metal "Security Officer" badge depicting United States' flags.

44. I reviewed BHPD bodycam footage of OREILLY's arrest on April 8, 2021 and made the following observations:[8]

- OREILLY identified himself as a "Federal Cop" to officers when he first arrived on scene.

- OREILLY told BHPD officers he is "Officer O'Reilly" and "federal law enforcement" who works "armed and unarmed security."

- When officers asked OREILLY "what's the deal with the badge, are you a cop?", OREILLY responded "Yeah, I'm

---

[7] I have reviewed the video footage from the incident multiple times and OREILLY is the only individual depicted in it.

[8] After officers identified OREILLY, officers handcuffed him, placed inside a police vehicle, and read OREILLY his Miranda rights. OREILLY waived his rights and continued to speak with officers.

fucking Federal Protective Service, Protective Security Officer Mother Fucker."

- OREILLY admitted he knew the Jeep belonged to P.S. and that P.S. was present at his residence on April 7, 2021, stating: "I know the Jeep, I know it's [P.S.]'s so I know he's home if its outside."

- OREILLY stated he is a co-owner of Federal Protective Services Executive Protection and does contract work for the Department of State and worked protection for President Trump when the former president was in Los Angeles.

- OREILLY described P.S. as a "scumbag" and told officers, "If [P.S.] is going to make a complaint that I touched his piece of shit Jeep, I'm going to make a complaint about him stealing my 1.5 million dollar" vehicle.

- When being asked by a BHPD employee if he had any enemies, OREILLY identified P.S. and stated "he's an enemy."

45. Additionally, I reviewed bodycam footage taken during a traffic stop involving OREILLY on or about March 6, 2021. During the encounter, OREILLY stated to BHPD Officer Yamada, "I'm also a Police Officer." OREILLY further stated "on federal property I'm a Law Enforcement Officer," and on federal property he has "all the arrest powers for state and federal." OREILLY also opened a white binder to Officer Yamada to show that the first page had the official insignia of the Department of Homeland Security -- the same binder previously mentioned that contains the "Federal Protective Service Security Guard Information Manual" that is "For Official Use Only."

46. After the incident, P.S. told OPR agents that he fears for his safety and felt that OREILLY's brazen conduct was meant to "send a message" and dissuade P.S. from cooperating with law enforcement.  P.S. indicated that he is fearful of leaving his residence due to OREILLY's escalating threats.

**G.   OREILLY's Threat to "Embarrass" P.S. and his Family**

47. I reviewed an email sent to P.S. from an employee working for P.S.'s father's investment company that memorialized an April 9, 2021 phone conversation.  The email indicated that OREILLY said P.S. had him arrested under false accusations of vandalizing a car.  OREILLY stated he was contacting P.S.'s father because OREILLY was involved in some investments with P.S. but did not want to "embarrass the family or [P.S.'s father]" and instead wanted to personally resolve the dispute. OREILLY threatened to file a lawsuit if he did not hear back from P.S.'s father by 12 p.m.

**H.   Recent Restraining Orders Related to OREILLY**

48. On March 11, 2021, two permanent restraining orders were issued by a California court against OREILLY (LACC court case# 21STRO00816 and 21STRO00817). Based on my review of the court filings, the restraining orders relate to an incident on February 18, 2021, when OREILLY allegedly assaulted and harassed the Maintenance Director and Property Manager of his apartment building. Specifically, OREILLY threatened and almost punched the Property Manager. When the Maintenance Director stepped in to protect his colleague, OREILLY punched and kicked the Maintenance Director multiple times.

## V.  <u>CONCLUSION</u>

49.  For all of the reasons described above, there is probable cause to believe that OREILLY has committed a violation of Title 18, United States Code, Section 1512(b)(3) (Witness Tampering – Hinder, Delay or Prevent Communication Relating to Commission of an Offense).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 16th day of April, 2021.

_____
THE HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

23