Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles and Riverside criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

FILED
2021 APR 19 PM 12: 49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

Patrick Michael OREILLY
USMS# _____
DEFENDANT

CASE NUMBER:
2:21-mj-01889-DUTY

**REPORT COMMENCING CRIMINAL ACTION**

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: April 19, 2021 @ 9:30    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   Title 18, United States Code, Section 1512(b)(3) - Witness Tampering

5. Offense charged is a:  ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: N/A

7. Year of Birth: 1975

8. Defendant has retained counsel:  ☐ No
   ☒ Yes    Name: Lisa Shinar LaBarre           Phone Number: (213) 894-1476

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Mark Narvaez    (please print)

12. Office Phone Number: 562-980-3170    13. Agency: DHS-ICE-OPR

14. Signature: [signed]    15. Date: _____

CR-64 (07/20)              REPORT COMMENCING CRIMINAL ACTION