FILED
CLERK, U.S. DISTRICT COURT

4/30/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| UNITED STATES OF AMERICA, | CR   2:21-cr-00207-DMG- |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 912: False Impersonation of a Federal Officer; 18 U.S.C. § 506(a)(3): Possession and Furnishing of Fraudulent Seals of Departments or Agencies of the United States; 18 U.S.C. § 922(g)(4): Possession of Firearms by a Prohibited Person; 18 U.S.C. § 1512(b)(3): Attempted Witness Tampering; 18 U.S.C. §§ 492, 924(d)(1), and 981, and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| PATRICK MICHAEL O'REILLY, aka "Patrick Reilly," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 912]

On or about April 14, 2019, in Riverside County, within the Central District of California, defendant PATRICK MICHAEL O'REILLY, also known as "Patrick Reilly," falsely assumed and pretended to be an officer and employee acting under the authority of the United States and a department and agency thereof, namely, an employee and

contractor with the United States Department of Homeland Security ("DHS") and Federal Protective Service ("FPS"), knowing that he was not, in fact, an officer, employee, or contractor of DHS or FPS, and acted as such by, among other things: (1) telling security personnel at a music festival that he worked for DHS to bypass security for the event; (2) displaying a fraudulent law enforcement badge to security personnel; and (3) telling police officers who responded to the scene that he was employed by DHS and a contractor for FPS.

1 COUNT TWO

2 [18 U.S.C. § 506(a)(3)]

3    On or about February 18, 2020, in Los Angeles County, within the Central District of California, defendant PATRICK MICHAEL O'REILLY, also known as "Patrick Reilly," with fraudulent intent, possessed a counterfeit and fraudulently made seal of a department and agency of the United States and facsimile thereof, namely, a white binder that contained a copy of a security guard manual purportedly issued by the U.S. Department of Homeland Security ("DHS"), bearing the DHS seal and marked with "For Official Use Only," knowing that the DHS seal was falsely made and counterfeited.

COUNT THREE

[18 U.S.C. § 506(a)(3)]

On or about September 9, 2020, in Los Angeles County, within the Central District of California, defendant PATRICK MICHAEL O'REILLY, also known as "Patrick Reilly," with fraudulent intent, possessed a counterfeit and fraudulently made seal of a department and agency of the United States and facsimile thereof, namely, a fraudulent law enforcement badge purportedly issued by the U.S. Department of Homeland Security ("DHS"), bearing the DHS seal between the letters "U" and "S," knowing that the DHS seal was falsely made and counterfeited.

COUNT FOUR

[18 U.S.C. § 506(a)(3)]

On or about September 9, 2020, in Los Angeles County, within the Central District of California, defendant PATRICK MICHAEL O'REILLY, also known as "Patrick Reilly," with fraudulent intent, possessed a counterfeit and fraudulently made seal of a department and agency of the United States and facsimile thereof, namely, white binders each containing a copy of a security guard manual purportedly issued by the U.S. Department of Homeland Security ("DHS"), bearing the DHS seal and marked with "For Official Use Only," knowing that the DHS seal was falsely made and counterfeited.

COUNT FIVE

[18 U.S.C. § 922(g)(4)]

On or about September 9, 2020, in Los Angeles County, within the Central District of California, defendant PATRICK MICHAEL O'REILLY, also known as "Patrick Reilly," knowing that he had been previously adjudicated a mental defective and committed to a mental institution, knowingly possessed the following firearms, in and affecting interstate and foreign commerce: (1) a Smith & Wesson, Model M&P 15-22, .22 LR caliber rifle, bearing serial number HCT4140; (2) a Glock, Model 19, 9mm caliber pistol, bearing serial number BCXF779; (3) a Sig Sauer, Model P320, 9mm caliber pistol, bearing serial number 58C028405; (4) a Glock, Model 30, .45 caliber pistol, bearing serial number BFTK362; (5) a Glock, Model 23, .40 caliber pistol, bearing serial number SXD226; (6) a Glock, Model 22, .40 caliber pistol, bearing serial number PLG664; (7) a Glock, Model 21, .45 caliber pistol, bearing serial number TEU156; (8) a Glock, Model 43, 9mm caliber pistol, bearing serial number ACTC299; (9) a Glock, Model 26, 9mm caliber pistol, bearing serial number BGXD408; (10) a Glock, Model 17, 9mm caliber pistol, bearing serial number BGME287; (11) a Smith & Wesson, Model M&P 15, 5.56 caliber rifle, bearing serial number TJ24304; (12) a Smith & Wesson, Model M&P 10, .308 caliber rifle, bearing serial number KN39015; (13) a Smith & Wesson, Model M&P 9 Shield, 9mm caliber pistol, bearing serial number LFD2680; (14) a Glock, Model 42, .380 caliber pistol, bearing serial number ACPT877; (15) a Glock, Model 30, .45 caliber pistol, bearing serial number SRS843; (16) a Remington, Model 700, .308 caliber rifle, bearing serial number RR40701E; (17) a Kel-Tec, Model Sub-2000, 9mm caliber rifle, bearing serial number FNZ49; (18) a Colt, Model M-4

Carbine, 5.56 caliber rifle, bearing serial number LE111771; and (19) a Remington, Model 870, 12 gauge shotgun, bearing serial number RS15277H.

## COUNT SIX

[18 U.S.C. § 506(a)(3)]

On or about March 6, 2021, in Los Angeles County, within the Central District of California, defendant PATRICK MICHAEL O'REILLY, also known as "Patrick Reilly," with fraudulent intent, furnished a counterfeit and fraudulently made seal of a department and agency of the United States and facsimile thereof, namely, white binders each containing a copy of a security guard manual purportedly issued by the U.S. Department of Homeland Security ("DHS"), bearing the DHS seal and marked with "For Official Use Only," knowing that the DHS seal was falsely made and counterfeited.

COUNT SEVEN

[18 U.S.C. § 1512(b)(3)]

On or about April 7, 2021, in Los Angeles County, within the Central District of California, defendant PATRICK MICHAEL O'REILLY, also known as "Patrick Reilly," attempted to knowingly intimidate and threaten another person, namely P.S., with intent to hinder, delay, and prevent the communication to a law enforcement officer of the United States of information relating to the commission or possible commission of a Federal offense, by arriving to P.S.'s residence in a law-enforcement style vehicle and vandalizing P.S.'s vehicle.

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 492 and 28 U.S.C. § 2461(c)]

1.      Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in any of Counts Two through Four and Six of this Indictment.

3.      The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title, and interest in any and all counterfeits, articles, devices, and other things made, possessed, or used in any such offense, or any material or apparatus used or fitted or intended to be used in the making of such counterfeits, articles, devices, or things; and

    (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.      Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a)

10

cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count Five in this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

    (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION THREE

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count Seven of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to any such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond

//

//

the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL

                                        _____/S/_____
                                        Foreperson

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

IAN V. YANNIELLO
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section