UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page 1 of 1

| Case No. | CR 21-207-DMG | Date | June 9, 2021 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Miriam Baird | James Santiago |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| T/N: Patrick Michael Reilly<br>AKA: Patrick Michael O'Reilly | Not | ✓ | | Lisa S. LaBarre, DFPD | ✓ | ✓ | |

**Proceedings:** STATUS CONFERENCE

The cause is called and counsel state their appearance. For the reasons stated on the record, the Defendant was not brought into Court by the U.S. Marshal. Defense counsel waived the presence of her client. Pursuant to 18 U.S.C. §§ 4241(b) and 4247, a further status conference or competency hearing shall be held on **September 15, 2021 at 11:00 a.m.** The pretrial conference on June 16, 2021 is VACATED. The Government shall submit a stipulation re Speedy Trial Act for the Court to consider. If the parties are able to reach agreement on the person who shall conduct a psychiatric or psychological examination of the Defendant, they shall file a stipulation along with a proposed timeline for the examination and submission of a report.

0:07