TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JAMES A. SANTIAGO (Cal. Bar No. 300459)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2229
     Facsimile: (213) 894-0141
     E-mail:    james.santiago@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:21-00207-DMG |
|---|---|
| Plaintiff. | STIPULATION FOR ORDER FOR MENTAL COMPETENCY EVALUATION |
| v. | |
| PATRICK MICHAEL O'REILLY, aka "Patrick Reilly," | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney James A. Santiago, and defendant Patrick Michael O'Reilly, also known as Patrick Reilly ("defendant"), by and through his counsel of record, deputy Federal Public Defender Lisa LaBarre, hereby stipulate as follows:

1.  On June 9, 2021 the Court held a status conference concerning defendant's Motion to Determine Competency Pursuant to 18 U.S.C. § 4241(a), set a further status conference or competency

hearing for September 15, 2021 at 11:00 a.m., and ordered the parties to file a stipulation with a proposed timeline for the examination of defendant and submission of a report if they are able to reach agreement on the person who shall conduct a psychiatric or psychological examination of defendant.

2. The government does not oppose a request for a competency evaluation and the parties agree to have the evaluation conducted by Dr. Saul J. Faerstein, M.D., if available.

3. By this stipulation, the parties further agree:

    a. The Federal Bureau of Prisons ("BOP") and the staff of any facility in which defendant is currently detained, including but not limited to White Memorial Hospital, shall immediately make defendant available to Dr. Saul Faerstein, the parties' jointly agreed-upon examiner, in order to facilitate a psychiatric or psychological examination of the defendant to determine his competency to stand trial pursuant to 18 U.S.C. §§ 4241 and 4247(b),(c).

    b. Upon conclusion of the examination, Dr. Faerstein shall immediately inform the Court, defendant, and the government as to his assessment of defendant and determination regarding whether defendant is competent to stand trial on the parties stipulated date, November 30, 2021.

    c. Thereafter, a psychiatric or psychological report shall be prepared by Dr. Faerstein. The report shall include (1) defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) Dr. Faerstein's findings; and (4) Dr. Faerstein's opinions as to diagnosis, prognosis, and whether defendant is

suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  A copy of this report shall be filed with the Court, with copies provided to counsel for defendant and for the government.

       d.   The designated examiner, Dr. Faerstein, is permitted to view all previously produced discovery in this case, as well as any additional discovery produced.

       e.   Immediately following the examination, Dr. Faerstein shall file with the Court and the parties an estimated date on which the report shall be completed and filed.

       f.   In the event that Dr. Faerstein becomes unavailable to conduct the mental competency examination, the order shall also apply to any other jointly agreed-upon examiner in order to determine defendant's competency to stand trial pursuant to 18 U.S.C. §§ 4241(b) and 4247(b).  The parties are to immediately notify the Court of any change in the examiner.

//
//
//
//
//
//
//
//
//
//

g.  The parties, including defendant, shall appear at a status conference on September 15, 2021 at 11:00 AM.

IT IS SO STIPULATED.

Dated: June 15, 2021          Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


*/s/ James A. Santiago*
JAMES A. SANTIAGO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


       /s/ (per email authorization)
LISA LABARRE
Deputy Federal Public Defender

Attorney for Defendant Patrick Michael O'Reilly

4