UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>PATRICK MICHAEL O'REILLY,<br>  aka "Patrick Reilly,"<br><br>    Defendant. | No. CR 21-207-DMG<br><br>ORDER FOR MENTAL COMPETENCY EVALUATION [26] |
|---|---|

FOR GOOD CAUSE, the Court hereby ORDERS as follows:

1) The Federal Bureau of Prisons ("BOP") and the staff of any facility in which defendant is currently detained, including but not limited to White Memorial Hospital, shall immediately make defendant available to Dr. Saul Faerstein, the parties' jointly agreed-upon examiner, in order to facilitate a psychiatric or psychological examination of the defendant to determine his competency to stand trial pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), (c).

2) Upon conclusion of the examination, Dr. Faerstein shall immediately inform the Court, defendant, and the government as to his assessment of defendant and determination

      regarding whether defendant is competent to stand trial on the parties stipulated date, November 30, 2021.

3) Thereafter, a psychiatric or psychological report shall be prepared by Dr. Faerstein.  The report shall include (1) defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) Dr. Faerstein's findings; and (4) Dr. Faerstein's opinions as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  A copy of this report shall be filed with the Court, with copies provided to counsel for defendant and for the government.

4) By this order, the designated examiner, Dr. Faerstein, is permitted to view all previously produced discovery in this case, as well as any additional discovery produced.

5) Immediately following the examination, Dr. Faerstein shall file with the Court and the parties an estimated date on which the report shall be completed and filed.

6) In the event that Dr. Faerstein becomes unavailable to conduct the mental competency examination, this order shall also apply to any other jointly agreed-upon examiner in order to determine defendant's competency to stand trial pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), (c).  The parties are to immediately notify the Court of any change in the examiner.

7) The parties, including defendant, are ordered to appear at a status conference on **September 15, 2021 at 11:00 AM.**

IT IS SO ORDERED.

June 17, 2021
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: BOP
    USM