Lisa LaBarre
Lakeshia Adeniyi-Dorsey
Deputy Federal Public Defenders
321 E. 2nd St.
Los Angeles, CA 90012
(213) 894-2854
lisa_labarre@fd.org

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | CR 21-207-DMG |
| PATRICK MICHAEL O'REILLY | |
| | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant Patrick Michael O'Reilly that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Steve Kim by order dated: April 19, 2021

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
There are sureties available: Yulia Reilly and Natalia Jokiel.

Relief sought *(be specific)*:
Bond to be set in the amount of $15,000, secured by affidavits of surety signed by Ms. Reilly and Ms. Jokiel.

Counsel for the defendant and plaintiff United States Government consulted on October 19, 2021 and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation on October 19, 2021.

An interpreter is ☑ required ☐ not required. Language American Sign Language
Defendant is ☑ in custody ☐ not in custody.

| October 19, 2021 | /s/ Lisa LaBarre |
|---|---|
| Date | Moving Party |

---

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)