UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

Page 1 of 1

| Case No. | CR 21-207-DMG | Date | October 19, 2021 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | Bonnie Gibson-Brydon (American Sign Language) |

| Kane Tien | Suzanne McKennon | James A. Santiago |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Patrick Michael O'Reilly | ✓ | ✓ | | Lisa S. LaBarre, DFPD | ✓ | ✓ | |
| | | | | Lakeshia M. Dorsey, DFPD | ✓ | ✓ | |

**Proceedings:** STATUS CONFERENCE

The case is called and counsel make their appearance. Also present is Dr. Saul Faerstein. The parties submit on Dr. Faerstein's mental competency evaluation report finding Defendant competent to stand trial. Following discussions with counsel, the Court sets a Final Pretrial Conference date of **March 30, 2022 at 2:30 p.m.**, and a Jury Trial date of **April 5, 2022 at 8:30 a.m.**

Defendant orally waived his rights under the Speedy Trial Act through April 5, 2022. Government counsel is instructed to submit a stipulation and proposed order for excludable time within one week.

0:06