**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><br>PLAINTIFF<br><br>v.<br><br>PATRICK MICHAEL O'REILLY<br><br><br>DEFENDANT. | CASE NUMBER<br><br>CR 21-00207-DMG-1<br><br><br>NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Steve Kim _____

on Tuesday, October 26, 2021 _____ at 11:30 _____ ☑ a.m. ☐ p.m.

in courtroom 640, but hearing will be held via Zoom videoconference. The Court will distribute Zoom instructions to all parties.

☐ is not approved.

☐ Other: _____

An interpreter is  ☑ required  ☐ is not required.  Language American Sign Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| | | |
|---|---|---|
| October 21, 2021 | Connie Chung | 213-894-4436 |
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation  ☑ Interpreter's Office  ☑ PSA.

NOTIFICATION  RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A  (10/09)