UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cr-207-DMG | Date | November 3, 2021 |
| Title | United States v. Patrick Michael O'Reilly | | |

Present: The Honorable   Steve Kim, U.S. Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) **ORDER OF DETENTION**

The Court conducted a bail review hearing based upon:

☐   The motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving:

☒   The motion of the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving: a serious risk that the defendant will flee and a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

☐   The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community [18 U.S.C. § 3142(e)(3)].

☐   The Court finds that the defendant ☐ has ☐ has not rebutted the presumption under 18 U.S.C. § 3142(e)(3) by sufficient evidence to the contrary.

* * *

The Court finds that no condition or combination of conditions will reasonably assure:
    ☒ the appearance of the defendant as required (as proven by a preponderance of the evidence).
    ☒ the safety of any person or the community (as proven by clear and convincing evidence).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:21-cr-207-DMG | Date | November 3, 2021 |
|---|---|---|---|
| Title | United States v. Patrick Michael O'Reilly | | |

The Court bases its findings (in addition to any made on the record at the hearing) on the following grounds:

As to risk of non-appearance:

- ☒ $15,000 proposed bail amount insufficient.
- ☒ One proposed surety lives outside the United States.
- ☒ Only self-employment would be reasonably available, but such employment is plausibly suspected of being used to facilitate uncharged, but actively investigated, fraudulent activities.
- ☒ Previous failure to appear in criminal history record
- ☒ Confirmed probation violation in criminal history record
- ☐ Unrebutted presumption [18 U.S.C. § 3142(e)]
- ☒ Strength of the evidence, though this factor is given the least amount of weight by court
- ☒ Length of potential incarceration if convicted
- ☐ History of alcohol or substance abuse
- ☒ Outpatient mental health services inadequate condition given prior declarations of doubt about competency, suggesting risk of decompensation is real without more supervised setting like residential mental health treatment
- ☐ Lack of legal status in the United States
- ☒ Use of aliases and false documents; impersonating law enforcement
- ☒ Recent law enforcement contacts revealing a concerning combination of deception, weapons, and harm to person and property of others.
- ☒ Nature and circumstances of the indicted crimes, including attempted witness tampering and possession of numerous weapons as a prohibited person
- ☒ Reasons suggesting risk of non-appearance set forth in PTS Report adopted by Court
- ☐

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cr-207-DMG | Date | November 3, 2021 |
| Title | United States v. Patrick Michael O'Reilly | | |

As to danger to the community:

- ☒ Nature of previous criminal convictions and history, but especially history of law enforcement contacts involving deception, weapons, or injury to persons/property.
- ☒ Nature and seriousness of charges in indictment, including attempted witness tampering and possession of numerous weapons as a prohibited person
- ☒ Ongoing mental health concerns and risk of decompensation, combined with lack of adequate structure, supervision, and stability to maintain remission in a non-custodial setting
- ☒ History of untreated mental health problems and insufficient conditions that can assure remission is maintained with disciplined medication regimen.
- ☐ Unrebutted presumption [18 U.S.C. § 3142(e)]
- ☒ Law enforcement contacts involving violence or use of weapons
- ☒ Participation in criminal activity while on probation
- ☒ Reasons suggesting risk of danger set forth in PTS Report adopted by Court
- ☐

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)]  The Court also considered the evidence presented at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

**IT IS THEREFORE ORDERED** that the defendant be detained until trial.  The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  [18 U.S.C. § 3142(i)]