UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

Page 1 of 1

| Case No. | CR 21-207-DMG | Date | November 29, 2021 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | Kayelle Morgan (American Sign Language) |

| Kane Tien | Suzanne McKennon | James A. Santiago |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Patrick Michael O'Reilly | ✓ | ✓ | | Lisa S. LaBarre, DFPD | ✓ | ✓ | |

**Proceedings:** APPLICATION FOR RECONSIDERATION RE BAIL REVIEW [46]

The cause is called and counsel state their appearance. Fernando Basulto, U.S. Probation and Pretrial Services Officer, is also present. The Court hears oral argument.

Having considered all the evidence in the record *de novo* in accordance with the applicable burdens of proof, the Court AFFIRMS the Magistrate Judge's ruling for the reasons stated on the record. Defendant shall remain detained pending trial.

:21

cc: USPO

---

| CR-11 | **CRIMINAL MINUTES - GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|