UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

| Case No. | CR 21-207-DMG | Date | April 19, 2022 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | Barbara Mathis (American Sign Language) |

| Kane Tien | Marea Woolrich | James A. Santiago |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Patrick Michael O'Reilly | ✓ | ✓ | | Lisa S. LaBarre, DFPD | ✓ | ✓ | |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT**    ☐ Contested   ☒ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.  __X__ Refer to separate Judgment Order.
☐ Imprisonment for ___ years/months on each of count(s) _____
   Count(s) _____ concurrent/consecutive to count(s) _____
☐ Fine of _____ is imposed on each of count(s) concurrent/consecutive.
☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
   consecutive/concurrent to count(s) _____
   under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
   ☐ Perform ___ hours of community service.  ☐ Pay ___ fine amounts & times determined by P/O.
   ☐ Serve ___ in a CCC/CTC.  ☐ Make $___ restitution in amounts & times determined by PO.
   ☐ Participate in a program for treatment of narcotic/alcohol addiction.
   ☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ☐ Other conditions: _____
☒ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
☒ Pay $ 100 per count, special assessment to the United States for a total of $ 200
☐ Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
   with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
☒ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☒ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commission.  ☐ Processed statement of reasons
☐ Bond Exonerated   ☐ upon surrender   ☐ upon service of _____
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal.  ☐ Appeal bond set at $ _____
☒ Filed and distributed judgment.  ENTERED.
☒ Other: The Court recommends that the Bureau of Prisons conduct a hearing and vision examination of the defendant and provide appropriate treatment. The Court recommends that the defendant be assigned to a federal correctional facility in the Southern California area, specifically at FCI Terminal Island.

cc:                                                                                                     :32
                                                               **Initials of Deputy Clerk**    KT