# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | CR 21-207-DMG |
| Patrick Michael O'Reilly, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of  Defendant  , IT IS ORDERED that a detention hearing is set for  December 18, 2024  ,  1:00  , at _____ ☐a.m. / ☒p.m. before the Honorable  Steve Kim  , in Courtroom  540  .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated:  December 5, 2024

Steve Kim, U.S. Magistrate Judge